PAUL B. RICHARDS, Plaintiff in Error.

*vs.*

ELIHU SPERRY, et al. Defendants in Error.

ERROR TO JEFFERSON CIRCUIT COURT.

A verdict in an action of tort against two or more defendants, which only finds the issue as to one without naming him, is too uncertain to authorize judgment.

This was an action of tort commenced by the plaintiff, Richards, against the defendants, before a justice of the peace, and taken by appeal to the circuit court, where a trial was had before a jury who returned the following verdict:

"The jury in this cause say they find the defendant guilty, and assess the plaintiff's damages at twenty-eight dollars."

Upon this verdict the defendants moved in arrest of judgment, and for a new trial. The motion was overruled and the plaintiff had judgment against both defendants.

*J. E. Holmes,* for the plaintiff in error.

*Enos & Hall,* for the defendants in error.

*By the Court,* WHITON, C. J. We shall not notice all the errors relied upon by the plaintiff in error to reverse the judgment in this case, because the verdict is not such an one as could authorize a judgment.

The action was in tort and the jury have found only one of

the defendants guilty, without any finding as to the other, and without designating which defendant they convict. The verdict is in these words: " The jury in this cause say they find the defendant guilty, and assess the plaintiffs' damages at twenty-eight dollars." We do not think that this verdict authorized any judgment against either of the defendants, though it appears that one was entered against both for the damages assessed by the jury. 3 Graham & Waterman on New Trials, 1378.

We must therefore reverse it and order a new trial.